**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SANDIP CHATTOPADHYAY and MAOMITA KUNDU,<br><br>*Plaintiffs,*<br><br>v.<br><br>BARON COHEN AUTO GROUP, INC., and CAPITAL ONE AUTO FINANCE, INC.,<br><br>*Defendants.* | Civil Action No.: 2:21-cv-06695-JS-SIL<br><br><br>**STIPULATION ACCEPTING SERVICE AND EXTENDING DEFENDANT CAPITAL ONE AUTO FINANCE'S TIME TO RESPOND TO THE COMPLAINT** |

It is hereby stipulated and agreed by and between the undersigned parties in the above-captioned action as follows:

1.  Defendant Capital One Auto Finance ("Defendant") hereby acknowledges and accepts service of the Summons and Complaint and hereby waives any defense based on lack of proper service;

2.  Defendant's time to answer, move or otherwise respond to the Complaint is hereby extended until February 15, 2022;

3.  There have been no previous requests for an extension of this deadline;

4.  Defendant's undersigned counsel hereby appears in this action on Defendant's behalf.

Dated:  December 21, 2021

Schlanger Law Group LLP                    Stradley Ronon Stevens & Young, LLP

*/s/ Daniel A. Schlanger*                        */s Lauren A. Valle*
Daniel A. Schlanger                             Lauren A. Valle
80 Broad Street, Suite 1301                  100 Park Avenue, Suite 2000
New York, NY 10004                           New York, NY 10017
T: 212-500-6114                                  T: 212-404-0641
F: 646-612-7996                                  E: lvalle@stradley.com
E: dschlanger@consumerprotection.net    *Attorneys for Defendant Capital One Auto*
*Attorneys for Plaintiff*                          *Finance*


SO ORDERED

_____
Hon. Joanna Seybert, U.S.D.J.