AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Eastern District of New York

| | | |
|---|---|---|
| SANDIP CHATTOPADHYAY AND MAOMITA KUNDI | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 2:21-CV-6695 |
| BARON AUTO EMPORIUM, ET AL. | ) | |
| Defendant | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BARON AUTO EMPORIUM

Date: 03/07/2022

*Attorney's signature*

Robert P. Johnson - RPJ - 7985
*Printed name and bar number*
Naidich Wurman, LLP.
111 Great Neck Road - Suite 214
Great Neck, New York 11021

*Address*

rjohnson@nwlaw.com
*E-mail address*

(516) 498-2900
*Telephone number*

(516) 466-3555
*FAX number*