AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

SANDIP CHATTOPADHYAY AND MAOMITA KUNDI )
　　　　　　　　　Plaintiff )
　　v. ) Case No. 2:21-CV-6695
BARON AUTO EMPORIUM, ET AL. )
　　　　　　　　　Defendant )

## APPEARANCE OF COUNSEL

To:　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BARON AUTO EMPORIUM

Date:　03/07/2022

*Attorney's signature*

Richard S. Naidich - RSN - 4102
*Printed name and bar number*
Naidich Wurman, LLP.
111 Great Neck Road - Suite 214
Great Neck, New York 11021

*Address*

rjohnson@nwlaw.com
*E-mail address*

(516) 498-2900
*Telephone number*

(516) 466-3555
*FAX number*